# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165

Telephone (212) 209-3933
Facsimile (212) 209-7102

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/23

May 16, 2023

**STATUS REPORT; REQUEST FOR EXTENSION OF TIME TO ANSWER; REQUEST FOR ORDER TO MEDIATE**

**BY ECF**
Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*[Handwritten notation: 5/16/2023 Refer to Mediation with M. Engelstein Deadlines stayed pending mediation]*

Re:   **Freddy Almonte Jerez v. Milea Truck Sales Corp., et. al.
Case No. 23 Civ. 2562 (CM)**

Dear Judge McMahon,

We are counsel to the plaintiff and we write jointly with defense counsel, with reference to the court's order dated March 28, 2023 [Docket 5] to report that counsel conferred and respectfully request that the court refer the case to mediation and further order that mediation occur within the next sixty (60) days. The parties have selected an experienced private mediator, Daniel Engelstein, Esq., and have conferred regarding the timing for informal exchange of records, calculations and settlement positions followed by a virtual mediation session.

We respectfully request the court stay current deadlines including the time for defendants to file a response to the complaint and the initial conference, pending the outcome of mediation; and order the parties to report to the court on the outcome of mediation promptly thereafter.

This is a joint request. Thank you for your consideration of this case.

Respectfully submitted,
/s/ Peter H. Cooper
Peter H. Cooper

cc:   Counsel of Record (Via E-mail and ECF)
Daniel Engelstein, Esq., Mediator (Via E-mail)