# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165

Telephone (212) 209-3933
Facsimile (212) 209-7102

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2023

September 7, 2023

**JOINT MOTION TO EXTEND TIME TO REQUEST APPROVAL OF SETTLEMENT**

**MEMO ENDORSED**

OK
/s/ Colleen McMahon
9/12/2023

**BY ECF**

Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:    Freddy Almonte Jerez v. Milea Truck Sales Corp., et. al.**
        **Case No. 23 Civ. 2562 (CM)**

Dear Judge McMahon,

We are counsel to the plaintiff. This is our request for a short extension, to September 15th, to file the parties' settlement agreement. Counsel are finalizing the agreement, reviewing with our respective clients and preparing the request for approval. This is our first request for a short extension, no other deadlines will be impacted, and it is on consent.

Thank you for your consideration of this case.

Respectfully submitted,

/s/ Peter H. Cooper

Peter Hans Cooper

cc:    Counsel of Record (Via ECF)